AGNES SOWLE, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Jenny M. Morf, OSB No. 98298
Bernadette Nunley, OSB No. 074485
Assistant County Attorneys
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214-3587
Telephone Number:  (503) 988-3138
Facsimile Number:  (503) 988-3377
E-mail Addresses:     jenny.m.morf@co.multnomah.or.us
                      bernadette.d.nunley@co.multnomah.or.us
    Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GAIL R. O'CONNELL-BABCOCK,** | Civil No. CV 08-0459-AC |
| Plaintiff, | |
| v. | JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT |
| **MULTNOMAH COUNTY, OREGON, MICHAEL OSWALD, JOHN ROWTON, LINDA POWERS, LIZ KLOBUCIK, SHANNON JAMES, JENNY HOLMAN, STEPHANIE COLLINGSWORTH, TRACEE STEWART,** | Pursuant to LR 16.4(d) |
| Defendants. | |

In accordance with LR 16.4(d), this Joint Alternative Dispute Resolution ("ADR") Report

is filed on behalf of all parties to this action:

1.      Have counsel held settlement discussions with their clients and the opposing

party?

☒      Yes          ☐      No

Page 1 – JOINT ALTERNATIVE DISPUTE RESOLUTION

2.      The parties' propose:      (check one of the following)

☐    Referring this case to a neutral mediator of their choice for ADR not sponsored by the Court.

☐    That the Court refer this case to a court sponsored mediation using a volunteer mediator pursuant to LR 16.4. The parties seek a volunteer mediator because:

☒    ADR may be helpful at a later date following completion of Motions Practice.

☐    The parties believe the Court would be of assistance in preparing for ADR by:

☐    The parties do not believe any form of ADR will assist in the resolution of this case.

☐    Other:

**/s/ Robert E. Babcock**

By: _____

Robert E. Babcock, OSB No. 700068
Of Attorneys for Plaintiff


December 5, 2008

Dated: _____

**/s/ Jenny M. Morf**

By: _____

Jenny M. Morf, OSB No. 98298
Assistant County Attorney
Of Attorneys for Defendants


December 5, 2008

Dated: _____

Page 2 – JOINT ALTERNATIVE DISPUTE RESOLUTION