IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GAIL R. O'CONNELL-BABCOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 08-459-AC |
| v. ) | |
| ) | O R D E R |
| MULTNOMAH COUNTY, OREGON, ) | |
| MICHAEL OSWALD, JOHN ROWTON, ) | |
| LINDA POWERS, LIZ KLOBUCIK, ) | |
| SHANNON JAMES, JENNY HOLMAN, ) | |
| STEPHANIE COLLINGSWORTH, ) | |
| TRACEE STEWART, JOHN AND JANE ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Robert E. Babcock
Babcock/Haynes LLP
310 North State Street, Suite 208
Lake Oswego, Oregon 97034

    Attorney for Plaintiff

Page 1 - ORDER

Agnes Sowle, County Attorney
Multnomah County, Oregon
Jenny M. Morf
Bernadette Nunley
Assistant County Attorneys
501 SE Hawthorne Blvd., Suite 500
Portland, Oregon  97214

       Attorneys for Defendants

KING, Judge:

The Honorable John Acosta, United States Magistrate Judge, filed Findings and Recommendation on March 25, 2009.  Plaintiff filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  This court has, therefore, given de novo review of the rulings of Magistrate Judge Acosta.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Acosta dated March 25, 2009 in its entirety.

IT IS HEREBY ORDERED that Defendants' Motion to Strike (#20) is denied. Defendants' Motion to Dismiss (#12) is granted.

DATED this   24th   day of April, 2009.

                                 /s/ Garr M. King
                                   GARR M. KING
                                United States District Judge