IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GAIL R. O'CONNELL-BABCOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No.  08-459-AC |
| v. ) | |
| ) | JUDGMENT |
| MULTNOMAH COUNTY, OREGON, ) | |
| MICHAEL OSWALD, JOHN ROWTON, ) | |
| LINDA POWERS, LIZ KLOBUCIK, ) | |
| SHANNON JAMES, JENNY HOLMAN, ) | |
| STEPHANIE COLLINGSWORTH, ) | |
| TRACEE STEWART, JOHN AND JANE ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Robert E. Babcock
Babcock/Haynes LLP
310 North State Street, Suite 208
Lake Oswego, Oregon  97034

    Attorney for Plaintiff

Page 1 - JUDGMENT

Agnes Sowle, County Attorney
Multnomah County, Oregon
Jenny M. Morf
Bernadette Nunley
Assistant County Attorneys
501 SE Hawthorne Blvd., Suite 500
Portland, Oregon  97214

      Attorneys for Defendants

KING, Judge:

      Based on the record,

      IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

      Dated this <u>  24th  </u> day of April, 2009.

                              <u>  /s/ Garr M. King            </u>
                              Garr M. King
                              United States District Judge